IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Tucson **CRIMINAL MINUTES**

CR 10-00354-001-TUC-CKJ(DTF)  Date: 1/11/2012
CASE NUMBER

Hon. CINDY K. JORGENSON, United States District Judge    Judge #: 7029

USA v. Terrell Deshaun Byrd

DEFENDANT: ☒ Present ☐ Not Present ☒ Released ☐ Custody ☐ Writ

Deputy Clerk Jill Tarlton    Crt Rptr: Mary Riley
U.S. Atty: Kimberly Hopkins    Intrptr: N/A
Dft Atty: W Eric Rau, AFPD    ☒ Present

## JUDGMENT   [SENTENCE]

☐ Defendant is placed on probation for a period of _____
   on Cts(s) __  ☐ with supervision ☐ w/o supervision
☐ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of ____ on Cts(s) _____
☐ Supervised release term of ____ by law on Ct(s) _____
☐ Fine of ___ on Ct(s) ___    TOTAL FINE ___
☐ Restitution of $ ordered pursuant to 1:3580
☐ Special Assessment of ___ pursuant to 18:3013 on Ct(s) _____
☐ On Motion of U.S. Atty: Ct(s) _____
☐ Order bond exonerated    ☐ Bond exonerated upon surrender to USM
☐ Dft advised of right to appeal    ☐ Appeal bond set at $_____
☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.
☐ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.
☐ Addt'l conditions probation/supervised release: _____
☒ Other: Defense counsel presents arguments to the Court regarding the Motion to Continue Sentencing Date. (Doc. 64) Defense counsel must file any mitigation materials by no later than January 25, 2012. **THE COURT GRANTS** in part the Motion to Continue Sentencing Date for the reasons stated on the record. Sentencing is set for Monday, January 30, 2012 at 9:00 a.m.